UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-119-F

TOWN OF WRIGHTSVILLE BEACH, a North )
Carolina Municipal Corporation, )
                        Plaintiff, )
                                    )
            v.                      )                    ORDER
                                    )
OHIO CASUALTY INSURANCE COMPANY,    )
                        Defendant.  )


The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 12th day of July, 2010.

James C. Fox

JAMES C. FOX
Senior United States District Judge